UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**STEPHEN MCGILL (#339992)**

**VERSUS**

**UNKNOWN MCCAIN, ET AL.**

**CIVIL ACTION**

**NO. 16-202-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report filed on September 16, 2016, to which no objection was filed:

**IT IS ORDERED** that the Plaintiff's claims asserted against Unknown Security Officers and "the mental health staff" are dismissed, for failure of the plaintiff to timely effect service upon them in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Defendants' Motion to Dismiss (R. Doc. 38) is GRANTED, and the Plaintiff's claims against LSP and DOC are dismissed, for lack of subject matter jurisdiction and failure to state a claim.

**IT IS FURTHER ORDERED** that the Defendants' Motions for Summary Judgment (R. Docs. 34 and 40) are GRANTED, and that this matter is dismissed for failure to exhaust administrative remedies, and with prejudice to refiling the complaint in forma pauperis.[1]

Signed in Baton Rouge, Louisiana, on October 4, 2016.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] *See Underwood v. Wilson*, 151 F.3d 292, 296 (5th Cir. 1998).